NUMBER 13-00-646-CV

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

KENDRA
CUYLER,                                                                Appellant,

 

                                                   v.

 

ALETHEA
DOLLISON,                                                             Appellee.

____________________________________________________________________

 

                On appeal from the County
Civil Court at Law No. 3

                                   of Harris County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

                  Before Justices
Dorsey, Hinojosa, and Rodriguez

                                       Opinion
Per Curiam

 








Appellant, KENDRA
CUYLER, perfected an appeal from a judgment entered by the  County Civil Court at Law No. 3
of Harris County, Texas, in cause number 736506.  The clerk=s record was received on October 5,
2000. No reporter=s record was received.
Pursuant to the filing of a bankruptcy petition by appellant on or about
October 13, 2000, the appeal in this cause was automatically stayed.  The bankruptcy petition was dismissed on
February 28, 2001, and the case terminated on March 7, 2001.  Accordingly, the automatic stay in this cause
has been lifted.  Appellant=s brief in this cause
was due on or before March 20, 2001.   To
date, no appellate brief has been received. 
Additionally, appellant has failed to tender filing fees in the amount
of $145.00

When the appellant has
failed to file a brief in the time prescribed, the Court may dismiss the appeal
for want of prosecution, unless the appellant reasonably explains the failure
and the appellee is not significantly injured by the appellant=s failure to timely
file a brief.  Tex. R. App. P. 38.8(a)(1).

On January 30, 2002,
notice was given to all parties that this appeal was subject to dismissal
pursuant to Tex. R. App. P. 38.8(a)(1)
and 42.3(c).  Appellant was given ten
days to explain why the cause should not be dismissed for failure to file a
brief and failure to remit the filing fees. 
To date, no response has been received.

The Court, having
examined and fully considered the documents on file, appellant=s failure to file a
proper appellate brief, appellant=s failure to tender
the filing fees, this Court=s notice, and
appellant=s failure to respond,
is of the opinion that the appeal should be dismissed for want of
prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed

this the 18th day of July, 2002